ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Gilbane Federal | ) ASBCA No. 63579 |
| | ) |
| Under Contract No. FA8903-09-D-8567 | ) |

APPEARANCE FOR THE APPELLANT:    Joseph C. McGowan, Jr., Esq.
    Joseph Rogers O'Donnell, P.C.
    San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
    Air Force Deputy Chief Trial Attorney
    Lawrence M. Anderson, Esq.
    Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $750,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from May 12, 2022 until date of payment.

Dated: June 6, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I <u>concur</u>                                    I <u>concur</u>

_____                    _____
RICHARD SHACKLEFORD                        OWEN C. WILSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


   I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63579, Appeal of Gilbane Federal, rendered in conformance with the Board's Charter.

   Dated:  June 6, 2023


        _____
        PAULLA K. GATES-LEWIS
        Recorder, Armed Services
        Board of Contract Appeals